United States District Court
For The Middle District of Florida
Orlando Division
Criminal Case #6:19-cr-224-ORL-78EJK
Supreme Court No. 21-7433

John Armstrong Jr.
(Petitioner)

v/s

United States of America
(Respondent)

Motion To Appoint Counsel

Comes Now, Petitioner, John Armstrong Jr., pro se' respectfully entering this Motion to Appoint Counsel. Petitioner mistakenly entered a premature Motion to Appoint Counsel before final ruling in his Supreme Court Writ for Certiorari. The District Court responded informing him that his motion was premature, though once final judgement was decided and in the event his case was remanded he could resubmit a Motion to Appoint Counsel. The Supreme Court handed down

(page 1 of 3)

final judgement in his case and his case was remanded and his sentence vaccated.

Petitioner, John Armstrong Jr, now wishes to respectfully resubmit his motion to request that the District Court appoint counsel to represent him during the reconsideration and resentencing of his case.

Petitioner, John Armstrong Jr. requests that the District Court appoints him counsel for the following reasons:

- Petitioner is currently incarcerated and has no income and no outside help or any other financial resources to afford him an attorney.

- Due to the fact that Petitioner is incarcerated and has minimal resources to advocate with the court on his own behalf, he is in need of an appointed lawyer to legally advocate on his behalf in reconsideration and resentencing phases of upcoming court proceedings.

- Due to the fact that the Petitioner is very limited in knowlege of legal matters, issues, and

(page 2 of 3)

procedures Petitioner is requesting that the District Court appoint him an attorney to advise and guide him through any and all legal proceedings and decisions in his case.

    Petitioner, John Armstrong Jr, pro se, hereby asks the Court to appoint him Court appointed counsel to represent him in his case.

    Petitioner would like to thank the Honorable Court for any and all consideration, time, and efforts regarding this Motion to Appoint Counsel.

Respectfully Submitted,

*John Armstrong Jr.*

Date: October 18th 2022

John Armstrong Jr. #347451
Lee County Jail
2115 Dr. Martin Luther King Blvd.
Fort Myers, FL 33901

(Page 3 of 3)